**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **JOHNNIE DEMOND JACKSON,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cv-38-LAG-CHW** |
| | : | |
| **STATE OF GEORGIA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

## **ORDER**

*Pro se* Petitioner Johnnie Demond Jackson, a prisoner confined in the Dougherty County Jail in Albany, Georgia, has filed a document that has been docketed as a federal petition for writ of habeas corpus seeking relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). Petitioner also filed two motions for leave to proceed *in forma pauperis* in addition to paying the $5.00 filing fee. His motions to proceed *in forma pauperis* (ECF Nos. 2, 5) are therefore **TERMINATED as moot.**

In addition to the initial Petition in this case, Petitioner has filed three motions to amend or supplement his initial Petition (ECF Nos. 4, 6, 7). To ensure that each of his claims is preserved, Petitioner is **ORDERED** to recast his Petition using the Court's standard § 2254 form and submit it within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate form for this purpose that Petitioner should use to comply, marked with the case number of this case.

The Recast Petition will supersede (take the place of) the initial Petition (ECF No. 1).  Petitioner should therefore include each of his claims for relief in his Recast Petition, even if he has also included those claims in the documents he has already filed with the Court.  Petitioner's pending motions to amend (ECF Nos. 4, 6, 7) are therefore also **TERMINATED as moot.**  Petitioner must also notify the Court immediately in writing of any change in his mailing address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.**  There will be no service of process in this case until further order.

  **SO ORDERED**, this 22nd day of April, 2026.

       s/ Charles H. Weigle
       Charles H. Weigle
       United States Magistrate Judge

2