AO 241
(Rev. 06/13)

FILED '26 05 11 AM11:50 MDGA-ALB

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): JOHNNY DEMOND JACKSON A.K.A. JOHNNIE DEMOND JACKSON | Docket or Case No.: 1:26-CV-38(LAG) |
| Place of Confinement: DOUGHERTY COUNTY, GA. JAIL FACILITY | Prisoner No.: ID# 22498 |
| Petitioner (include the name under which you were convicted): JOHNNY DEMOND JACKSON | v. Respondent (authorized person having custody of petitioner): SHERIFF HAYES |
| The Attorney General of the State of GEORGIA | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

DOUGHERTY COUNTY SUPERIOR COURT
STATE OF GEORGIA

(b) Criminal docket or case number (if you know): 18R-0177, 22R-223, 20R-425 & 21R-719

2. (a) Date of the judgment of conviction (if you know): IN THE YEAR OF 2024, JANUARY

(b) Date of sentencing: JANUARY 2024

3. Length of sentence: 15 years split with the first 5 to be served in confinement and consecutive 5 yrs

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

Aggravated Assault, Terroristic Threats, Possession of a Fire Arm by a Convicted Felon, Probation violation, possession of Methamphetimine

6. (a) What was your plea? (Check one)

☐ (1) Not guilty ☐ (3) Nolo contendere (no contest)

☑ (2) Guilty ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I PLED GUILTY TO CASES# 18R-017, 20R-425, 21R-719, 22R-223

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury ☑ Judge only AT FULL HEARING

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: DOUGHERTY COUNTY, GA. Superior Court ~~Georgia Court of Appeals~~ J.J

(b) Docket or case number (if you know): 18R-017, 20R-425, 21R-719, 22R-223

(c) Result: NO RESPONSE from DOUGHERTY County, Ga. Superior Court

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): UNSURE

(f) Grounds raised: FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, NINTH, FOURTEENTH AMENDMENT VIOLATION, PROSECUTORIAL MISCONDUCT, AND INEFFECTIVE ASSISTANCE OF COUNSEL. I FILED a Motion FOR OUT-OF-TIME APPEAL in the DOUGHERTY COUNTY, GA. Superior Court

(g) Did you seek further review by a higher state court? ☑ Yes ☐ No

If yes, answer the following:

(1) Name of court: WHICHEVER COURT IS FOR WASHINGTON COUNTY, GA.

(2) Docket or case number (if you know): NOT SURE THOUGH ~~I~~ ATTEMPTED TO FILE A HABEAS CORPUS.

(3) Result: NO RESPONSE

(4) Date of result (if you know): NO RESPONSE

AO 241
(Rev. 06/13)

(5) Citation to the case (if you know): UNSURE

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Georgia Court of Appeals, Dougherty County Superior Court, Washington County Superior Court

(2) Docket or case number (if you know):

(3) Date of filing (if you know): unsure though after 2024, JANUARY

(4) Nature of the proceeding: out-of-Time Appeal, Discretionary Appeal and Habeas Corpus.

(5) Grounds raised:

INEFFECTIVE ASSISTANCE OF COUNSEL
FIRST AMENDMENT VIOLATION NO ACCESS TO COURT
FIFTH AMENDMENT VIOLATION OF DUE PROCESS RIGHT
SIXTH AMENDMENT VIOLATION OF SPEEDY TRIAL RIGHT
EIGHTH AMENDMENT VIOLATION OF CRUEL UNJUST TREATMENT DURING PROBATION HEARING AND SENTENCE OF CHARGES
NINTH AMENDMENT VIOLATION OF ENUMERATION OF GRANTS
FOURTEENTH AMENDMENT VIOLATION OF DUE PROCESS AND EQUAL PROTECTION RIGHTS & PRIVILEAGES

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: NO ACCESS TO COURT

(8) Date of result (if you know): N/A

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: WASHINGTON COUNTY, GA COURTHOUSE

(2) Docket or case number (if you know): UNSURE

(3) Date of filing (if you know): 2025

(4) Nature of the proceeding: HABEAS CORPUS

(5) Grounds raised:

SAME AS #11 (5)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: NO ACCESS TO COURT

(8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

AO 241
(Rev. 06/13)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☒ No

(7) Result: NO ACCESS TO COURT

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☒ Yes ☐ No

(2) Second petition: ☒ Yes ☐ No

(3) Third petition: ☐ Yes ☐ No N/A

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

N/A I APPEALED AS FAR AS I COULD EXHAUST I NEVER RECIEVED RESPONSE

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

PROSECUTORIAL MISCONDUCT, in WHICH DISTRICT ATTORNEY ~~INEFFECTIVE ASSETS~~ DREW LANE NOR JUSTIN MAN WOULD NOT RESPOND NOR ACKNOWLEDGE MY SPEEDY TRIAL MOTIONS in which I filed two or three and I were at the time PROSE STATUS OF RECORD, in which this violated my FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, and FOURTEENTH AMENDMENTS NOR WOULD THEY RESPOND TO MY MOTION TO DISMISS DUE TO SPEEDY TRIAL VIOLATION NOR WOULD THEY RESPOND TO MY MOTION FOR PRODUCTION ORDER. IT HAD BEEN OVER THREE YEARS AND STILL NO SPEEDY TRIAL.

(b) If you did not exhaust your state remedies on Ground One, explain why:

I FULLY EXHAUSTED

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

I filed multiple motions in my perception to perceive as though I exhausted, yet still I recieved no responses WHEN I WERE PROSE STATUS OF RECORD

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: DISCRETIONARY APPEAL, MOTION FOR OUT-OF TIME APPEAL HABEAS CORPUS APPLICATION

Name and location of the court where the motion or petition was filed:

DISCRETIONARY APPEAL filed with GEORGIA COURT OF APPEALS AND DOUGHERTY COUNTY SUPERIOR COURT,

Docket or case number (if you know):

Date of the court's decision: I NEVER RECIEVED A RESPONSE

Result (attach a copy of the court's opinion or order, if available): SENTENCING COURT WOULD FURNISH NO DOCUMENT THAT GEORGIA COURT APPEALS REQUESTED SO NO RESPONSE WITH SENTENCING COURT CAUSING ME NOT TO BE ABLE TO TIMELY FILE IN GEORGIA COURT OF APPEAL

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

DOUGHERTY COUNTY, GA. SUPERIOR COURT

Docket or case number (if you know): 18R-017, 20R-425, 21R-719, 22R-223

Date of the court's decision: I recieved no response

Result (attach a copy of the court's opinion or order, if available):

UNAVAILABLE OR NOT IN MY POSSESSION, THOUGH IT IS IN THE CLERK'S POSSESSION

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A or in any case I Appealed by FILING MULTIPLE MOTIONS FOR SPEEDY TRIAL, AND MULTIPLE MOTIONS TO DISMISS AND PRODUCTION ORDERS I NEVER RECIEVED RESPONSE

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

I filed HABEAS CORPUS APPLICATION IN BOTH DOUGHERTY COUNTY, GA SUPERIOR COURT AND WASHINGTON COUNTY, GA. SUPERIOR COUR "NO RESPONSE"

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

INEFFECTIVE ASSISTANCE OF COUNSEL See Ground ONE for details in which I hired a Private ATTORNEY PHIL CANNON, and he did not pursue my speedy Trial nor my Speedy Trial Violation though he acknowledged to me that my Speedy Trial Rights and Priviledges were ~~[illegible]~~ J.S surely and as a material Fact violated. violating my SIXTH AMENDMENT

(b) If you did not exhaust your state remedies on Ground Two, explain why:

I EXHAUSTED

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

SEE GROUND ONE (C). MY PROSE MOTIONS WERE NEVER RESPONDED TO

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: SAME AS GROUND ONE (d)(2)

Name and location of the court where the motion or petition was filed:

SAME AS GROUND ONE ID. at GROUND ONE

Docket or case number (if you know):

Date of the court's decision:

NO RESPONSE

AO 241
(Rev. 06/13)

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: DOUGHERTY COUNTY SUPERIOR COURT
MY MOTIONS WERE NEVER RESPONDED TO AND ATTORNEY COERCED ME TO TAKE A PLEA INSTEAD OF PURSUING MY SPEEDY TRIAL RIGHTS

Docket or case number (if you know): 18R-017, 20R-425, 21R-719, 22R-223 J.S.

Date of the court's decision: NO RESPONSE

Result (attach a copy of the court's opinion or order, if available):

UNAVAILABLE OR NOT IN MY POSSESSION, THOUGH IT IS IN THE CLERKS POSSESSION

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I APPEALED BY FILING MULTIPLE MOTIONS FOR SPEEDY TRIAL, AND MULTIPLE MOTIONS TO DISMISS, AND PRODUCTION ORDERS I NEVER RECIEVED RESPONSE

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

I filed HABEAS CORPUS MOTION in DOUGHERTY COUNTY, GA. SUPERIOR COURT & THE WASHINGTON COUNTY, GA. SUPERIOR COURT and never received a response

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DOUGHERTY COUNTY, GA. SUPERIOR COURT NEVER RESPONDED TO MY MOTION FOR SPEEDY TRIL, NEVER RESPONDED TO MY MOTIO TO DISMISS DUE ~~TO~~ CONSTITU-TIONAL SPEEDY TRIAL DELAY, NEVER RESPONDED TO MY MOTION FOR PRODUCTION ORDER VIOLATING MY FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, NINTH, FOURTEENTH AMENDMENTS

(b) If you did not exhaust your state remedies on Ground Three, explain why:

I FULLY EXHAUSTED

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

I FILED MULTIPLE MOTIONS AND RECIEVED NO RESPONSE WHEN I WERE PROSE STATUS OF RECORD

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: SAME AS GROUND ONE (d)(2)

Name and location of the court where the motion or petition was filed:

SAME AS GROUND ONE (d) at GROUND ONE

Docket or case number (if you know):

Date of the court's decision: NO RESPONSE

Result (attach a copy of the court's opinion or order, if available):

UNAVAILABLE OR NOT IN MY POSSESSION THOUGH IN CLERK OF COURTS POSSESSION

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

DOUGHERTY COUNTY SUPERIOR COURT & GEORGIA COURT OF APPEALS

Docket or case number (if you know): 18R-0177, 20R-425, 21R-719, 22R-223

Date of the court's decision: NO RESPONSE

Result (attach a copy of the court's opinion or order, if available):

UNAVAILABLE OR NOT IN MY POSSESSION, THOUGH IT IS IN THE CLERK of COURT POSSESSION

AO 241
(Rev. 06/13)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I filed multiple speedy Trial motions and Motions to dismiss and production orders though received not one response

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

I filed a Habeas Corpus Application with Dougherty County, Ga Superior Court and with Washington County Superior Court and received no response

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I will preserve my Grounds to be filed in regards to Ground four

(b) If you did not exhaust your state remedies on Ground Four, explain why:

Preserved

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

PRESERVED

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: PRESERVED

Type of motion or petition:

AO 241
(Rev. 06/13)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

PRESERVED

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

PRESERVED

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

PRESERVED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

PRESERVED

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

PRESERVED

AO 241
(Rev. 06/13)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

PR: NO RESPONSE WERE GIVEN AND I RECIEVED INEFFECTIVE ASSISTANCE OF COUNSEL

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

NO RESPONSE WAS GIVEN TO ME IN STATE COURT

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

N/A

(b) At arraignment and plea:

ATTORNEY PHIL CANNON

(c) At trial:

N/A

(d) At sentencing:

ATTORNEY PHIL CANNON

(e) On appeal:

N/A

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes N/A ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

DUE TO THE FACT I AM CHALLENGING ALL FELONY CONVICTIONS OF THIS ABOVE-ENTITLED CASE, ALSO I AM OF THE KNOWLEDGE THAT I HAD UP TO FOUR YEARS TO FILE THIS ACTION IN WHICH IS A 28 U.S.C. §2254 ACTION.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 06/13)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

DISMISS THE CASES I WERE COERCED TO PLEAD GUILTY IN REGARDS TO AND REVERSE THE CONVICTION OF 18R-0177, 20R-425, 21R-719, 22R-223

or any other relief to which petitioner may be entitled.

PROSE

Johnnie Demond Jackson

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 5-5-2026 (month, date, year).

Executed (signed) on 5-4-2026 (date).

PROSE

Johnnie Demond Jackson

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.