**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| **JOHNNIE DEMOND JACKSON,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**SHERIFF TERRON HAYES,**<br><br>**Respondent.** | **Case No.: 1:26-cv-00038-LAG-CHW** |

**RESPONDENT SHERIFF TERRON HAYES'S MOTION TO DISMISS**

COMES NOW Respondent Terron Hayes, Sheriff of Dougherty County, Georgia, and respectfully files this motion to dismiss based on Petitioner's failure to comply with the requirements of 28 U.S.C. § 2254.

WHEREFORE, Respondent requests that the Court grant his motion and dismiss the Petition.

Respectfully submitted this 15th day of September, 2026.

***/s/ Frances L. Clay***
Frances L. Clay
Georgia Bar No. 129613
Chambless, Higdon, Richardson,
Katz & Griggs, LLP
P.O. Box 6378
Macon, GA 31208-6378
Phone: 478/745-1181
Fax: 478/746-9479
E-mail: fclay@chrkglaw.com

***Attorney for Respondent***

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participant:

Johnie Demond Jackson
ID No.: 22498
Dougherty County Jail Facility
1302 Evelyn Drive
Albany, GA 31705
*Pro so Petitioner*

This 15th day of September, 2026.

*/s/ Frances L. Clay*
Frances L. Clay